UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAMELA JEAN BOTTERS, Plaintiff, | : | |
| v. | : | CA 08-276 S |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, Defendant. | : | |

**ORDER**
**TO SUPPLEMENT**
**AFFIDAVIT**

Plaintiff Pamela Jean Botters ("Plaintiff") seeks judicial review pursuant to 42 U.S.C. § 405(g), see Complaint (Document ("Doc.") #1), and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a), see Motion to Proceed in Forma Pauperis (Doc. #2). After reviewing the accompanying Application to Proceed without Prepayment of Fees and Affidavit ("Affidavit"), the Court concludes that it requires additional information. **The Court directs Plaintiff to supplement her Affidavit within fifteen days of the date of this Order by answering the following questions:**

1. Do you have any income other than the alimony payments which you list in the answer to Question No. 4 of the Affidavit? If yes, identify the source of that income and the amount received (bi-weekly or monthly).

2. Do you have any money in any checking or savings accounts? If yes, state the amount(s).[1]

3. Do you own any motor vehicles? If yes, identify the make and year of the vehicle(s) and the amount of any indebtedness (e.g., car loan and monthly payments).

4. What is the present unpaid balance of the mortgage on your residence?

5. What is the amount of your present equity in your residence?

6. Do your children reside with you?

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
July 30, 2008

[1] In answering Question No. 5 of the Affidavit, you stated that you owe $1100 on an overdraft, but you did not state what amount(s), if any, are presently in your checking and/or savings account(s). Savings accounts include certificates of deposits.