UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAMELA JEAN BOTTERS, Plaintiff, | : | |
| v. | : | CA 08-276 S |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, Defendant. | : | |

**ORDER**
**GRANTING MOTION**
**TO PROCEED IN FORMA PAUPERIS**

On July 30, 2008, the Court issued an order directing Plaintiff Pamela Jean Botters ("Plaintiff") to supplement her Application to Proceed in Forma Pauperis and Affidavit ("Affidavit") within fifteen days. See Order to Supplement Affidavit (Doc. #3). Plaintiff did so on August 18, 2008. See Supplemental Affidavit (Doc. #4). Although this response was late, the Court will in this instance overlook Plaintiff's tardiness.

After reviewing Plaintiff's Supplemental Affidavit, the Court concludes that her Motion to Proceed in Forma Pauperis (Doc. #2) ("Motion") should be granted. Accordingly, that Motion is GRANTED.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
August 27, 2008